AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

JONATHAN MULLANE,

_____
Plaintiff(s)

v.

U.S. DEP'T OF JUSTICE,
U.S. SECURITIES AND EXCHANGE
COMM'N,

_____
Defendant(s)

Case: 1:21-cv-02151
Assigned To : Walton, Reggie B.
Assign. Date : 8/11/2021
Description: FOIA/Privacy Act (I-DECK)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN MULLANE
6 BENNETT STREET
CAMBRIDGE, MA 02138

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: ___AUGUST 12, 2021___

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. DEPT. OF JUSTICE

was received by me on *(date)*  AUGUST 16, 2021  .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*    CERTIFIED MAIL, USPS, TRACKING NOS. 70131710000110777960,
70131710000110777977, 70131710000110777946

My fees are $ 0 _____ for travel and $  20.00 _____ for services, for a total of $    $20.00
                                                                                                    XXXXXX  .

I declare under penalty of perjury that this information is true.

Date: AUGUST 16, 2021

_____
*Server's signature*

JONATHAN MULLANE
_____
*Printed name and title*

6 BENNETT STREET
CAMBRIDGE, MA 02138

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Washington, DC 20530

| | |
|---|---|
| Postage | $3.60 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| | $1.40 |
| Total Postage & Fees | $5.00 |

Sent To: U.S. DEPARTMENT OF JUSTICE
Street, Apt. No.; or PO Box No. 950 PENNSYLVANIA AVE., NW
City, State, ZIP+4 WASHINGTON, DC 20530

PS Form 3800, August 2006          See Reverse for Instructions

7013 1710 0001 1077 7960



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Washington, DC 20530

| | |
|---|---|
| Postage | $3.60 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| | $1.40 |
| Total Postage & Fees | $5.00 |

Sent To: U.S. ATTY GENERAL, U.S. DEP'T OF JUSTICE
Street, Apt. No.; or PO Box No. 950 PENNSYLVANIA AVE., NW
City, State, ZIP+4 WASHINGTON, DC 20530-0001

PS Form 3800, August 2006          See Reverse for Instructions

7013 1710 0001 1077 7946



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Washington, DC 20001

| | |
|---|---|
| Postage | $3.60 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| | $1.40 |
| Total Postage & Fees | $5.00 |

Sent To: CHANNING D. PHILLIPS, U.S. ATTORNEY'S OFFICE
Street, Apt. No.; or PO Box No. 555 4TH ST., NW
City, State, ZIP+4 WASHINGTON, DC 20001

7013 1710 0001 1077 7977




**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Washington, DC 20549

| | |
|---|---|
| Postage | $3.60 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| | $1.40 |
| Total Postage & Fees | $5.00 |

Sent To: U.S. SECURITIES AND EXCHANGE COMM'N
Street, Apt. No.; or PO Box No. 100 F STREET NE
City, State, ZIP+4 WASHINGTON, DC 20549

7013 1710 0001 1077 7953

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JONATHAN MULLANE, | ) ) ) ) ) ) |
| _____<br>*Plaintiff(s)* | ) Case: 1:21-cv-02151<br>) Assigned To : Walton, Reggie B.<br>) Assign. Date : 8/11/2021 |
| v. | ) Description: FOIA/Privacy Act (I-DECK) |
| U.S. DEP'T OF JUSTICE,<br>U.S. SECURITIES AND EXCHANGE<br>COMM'N, | ) ) ) |
| _____<br>*Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. SECURITIES AND EXCHANGE COMMISSION
100 F STREET NE
WASHINGTON, DC 20549

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN MULLANE
6 BENNETT STREET
CAMBRIDGE, MA 02138

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D CAESAR, CLERK OF COURT

Date:   AUGUST 12, 2021      _____
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. SECURITIES AND EXCH. COMM'N

was received by me on *(date)*   AUGUST 16, 2021   .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*    CERTIFIED MAIL, USPS, TRACKING NOS. 70131710000110777953,
70131710000110777977, 70131710000110777946

My fees are $    0    for travel and $  20.00    for services, for a total of $  $20.00
XXX0.00XXX    .

I declare under penalty of perjury that this information is true.

Date:   AUGUST 16, 2021

_____
*Server's signature*

JONATHAN MULLANE
*Printed name and title*

6 BENNETT STREET
CAMBRIDGE, MA 02138

_____
*Server's address*

Additional information regarding attempted service, etc:

[ Print ]   [ Save As... ]                                    [ Reset ]



J. MULLANE
6 BENNETT STREET
CAMBRIDGE, MA 02138

RECEIVED
Mail Room
AUG 1 9 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

20001-289999

BOSTON MA 021

16 AUG 2021 PM 3  L

CLERK OF COURT
U.S. DISTRICT COURT
333 CONSTITUTION AVENUE NW
WASHINGTON, DC 20001