UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JONATHAN MULLANE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 21-2151 (RBW) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' MOTION TO TRANSFER AND
EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT**

On behalf of Defendants United States Department of Justice and United States Securities and Exchange Commission, the undersigned counsel respectfully moves to transfer this civil action pursuant to 28 U.S.C. § 1404(a) to the Southern District of Florida. In support of this Motion, Defendants refer the Court to the accompanying Memorandum of Law and proposed Order.

Pursuant to Federal Rule of Civil Procedure 6, the Federal Defendants also request that the Court stay the obligation to answer or otherwise respond to the Complaint until the later of 21 days after either (1) this action is docketed in the Southern District of Florida or (2) the Court enters an order denying the motion to transfer.

Pursuant to Local Civil Rule 7(m), on October 18, 2021, Defendants' counsel conferred with Plaintiff regarding the relief requested in this motion. On the same day, Plaintiff advised the undersigned counsel that he does not consent to the relief requested in this motion.

Dated:  October 18, 2021

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ Paul Cirino
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendants*

2